IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KRISTA SUBLETT,

    **Plaintiff,**

v.                                                Case No. 1:20-cv-128-AW-GRJ

LANDSHARK GROUP, INC.,

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Krista Sublett worked at the Landshark Seafood and Oyster Bar, which Defendant Landshark Group owned. She sued, contending that she suffered sex discrimination and retaliation at the hands of the owners. ECF No. 13. Counsel appeared for Landshark and filed an answer, ECF No. 15, but counsel was later granted leave to withdraw, ECF No. 24. That left Landshark without counsel, and a corporation cannot represent itself pro se. I warned that Landshark could have a default judgment entered against it if it did not secure counsel, ECF No. 24, and it did not secure counsel.

Sublett moved for a default judgment, and the magistrate judge held an evidentiary hearing. The magistrate judge has now filed a Report and Recommendation, concluding that Sublett is entitled to a default judgment. ECF No. 45. I have carefully considered the Report and Recommendation, to which no

1

objections have been filed. I now conclude that the Report and Recommendation should be adopted.

It is now ORDERED:

1. The Report and Recommendation (ECF No. 45) is adopted and incorporated into this order.

2. The motion for final judgment (ECF No. 32) is GRANTED as to Plaintiff's Title VII claim. The court declines to exercise supplemental jurisdiction over the state-law claims.

3. The clerk will enter a judgment that says, "This case was resolved on a motion for default judgment. As to her Title VII claims (Counts I & III), Plaintiff Krista Sublett shall recover from Defendant Landshark Group, Inc., a total of $70,252.50, which represents $15,000 in backpay, $50,000 in other compensatory damages, and $5,252.50 in attorney's fees. Plaintiff's state-law claim (Count II) is dismissed without prejudice because the court declines to exercise supplemental jurisdiction over it."

4. The clerk will close the file.

SO ORDERED on November 1, 2021.

s/ *Allen Winsor*
United States District Judge